UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES PETTIS,

    Plaintiff,

v.                                                         Case No. 3:21cv1655-MCR-HTC

SERGEANT J. K. SMITH,
SECRETARY OF FLORIDA,
DEPARTMENT OF CORRECTIONS,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on December 21, 2021. ECF No. 11. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this Order.

Case No. 3:21cv1655-MCR-HTC

2. The complaint is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) as barred by the statute of limitations.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 25th day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**